GLINDA FAY THOMAS
133 PUGH RD
FLORA, MS 39071

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ADVANCE AMERICA
904 E PEACE ST
CANTON, MS 39046

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO, TX 75024

CAVALRY PORTFOLIO
ATTN: BANKRUPTCY
1 AMERICAN LN STE 220
GREENWICH, CT 06831

CONTINENTAL FINANCE CO
ATTN: BANKRUPTCY
PO.BOX 3220
BUFFALO, NY 12420

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

DEBT RECOVERY SOLUTION
6800 JERICHO TPK
STE 113F
SYOSSET, NY 11791

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

GRAND CANYON UNIVERSIT
ATTN: BANKRUPTCY DEPT
3300 W. CAMELBACK ROAD
PHOENIX, AZ 85017

HOPE FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 22886
JACKSON, MS 39213

KEITH WINTERS
3569 JACKYE LN
JACKSON, MS 39211

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS, TN 38187

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

OKINUS, INC
ATTN: BANKRUPTCY
147 W RAILROAD ST, S
PELHAM, GA 31779

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

TITLE MAX
3013 EAST HWY 80
PEARL, MS 39208

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

VANDERBILT MORTGAGE
ATTN: BANKRUPTCY
PO BOX 9800
MARYVILLE, TN 37802